To: Judge Anderson

From: MARK Anderson

    Re: Sentence

Judge Anderson, I will be coming to you For my sentence. However, it is more than a sentence. It is a judgement of me as a person, a man and of my actions.

    I have disgraced my Family, my children, my community and myself. I am truely sorry, For the Loss, the pain and suffering I have caused people. I am willing to give the Last years of my life as payment For my sins.
    I am incompetent and inept in dealing with money and especially in dealing with others money. I am a fool For pretending that I knew more than I did.

    My past is a very deep scar on everything I do and everything that I have tired to do. Twenty years ago I went to prison For Fraud. It was a horrible experience. I Lost my marriage, all my possessions. It destroyed my self-respect. When I got out I was terrified to ever go back. For over 10 years I tried to Rebuild my Life. I remarried and have two Little boys. Ages 8 and 5. I tried to live a calm life. Then 5 years ago my life began to change.

3

I began to drink too much. My marriage fell apart and the global meltdown made matters worse for me. I thought I could solve problems, but in truth, I was the problem. My poor judgement, my lack of skill and my dishonesty created more problems for me. I began to medicate myself and drink to take away the fear. It only made matters worse. I went into a panic and made even worse decisions. I sought out advice, but ended up hearing what I wanted to hear. I tried to pay people back, but I ran out of resources and ended up making things even worse.

The more I drank the duller I became, which made matters worse. The worse it got the more I drank. I fell into a pit. I was terrified to face my own reality. I would pray at night not to wake up. I kept hoping things would get better but it only got worse. The mistakes were mine. My bad decisions, my foolish behavior and my dishonesty were the real problems. My conduct was the mistake.

I realize my past taints everything I say and everything I do. I am getting closer to 60 years old. I realize that the government is asking for a 9 year sentence. Which at my age is really a life sentence. Both of my parents have been dead many years. My sister died at 50. All of my

③

Other family and relatives die in their early 60's. Even with medication my blood pressure is still very high. I grew up without a father and I know the impact that had on me. I would ask for compassion and understanding.

I am damaged and broken. There is nothing left in me. My productive life is over. I only want to be with my little boys and guide them not to make my mistakes. I am a failure, a fraud and an embarrassment.

Mark Anderson

The Honorable Percy Anderson
United States District Judge
312 N. Spring Street
Los Angeles, CA 90017

Re: Mark Anderson

Dear Judge Anderson:

I have been calling my brother's phone periodically for the past year. His voicemail picks up and hearing the sound of his voice comforts me but I know he is being held in MDC LA. Some days I call for advice or reassurance, but most days I call because I miss him. My brother, Mark, has been an integral part of my life for as long as I can remember. He has always advised and guided me. From a young age he was the perfect older brother. He taught me how to ride my bike and how to stick up for myself when bullies picked on me. As I got older he taught me how to play sports like basketball, baseball and football. He taught me how to change a flat tire on my car and gave me advice on my first date. He always believed it was important for his little sister to be courageous and to fight for what was right. Mark has continuously supported me in all of my dreams and endeavors. He trained with me for a half marathon when I was 19 and because of his encouragement I finished without injury and in record time. Many milestones in my life have been made more enjoyable and memorable because of Mark. He was present at my graduation, my wedding, the birth of my children and he held my hand as we watched our sister die from cancer. He was a rock when our parents passed. I cannot begin to describe the positive impact he has had on my life and how he has helped me through some rough times. Life has not always been easy, but in spite of the many challenges we have faced together and individually he has been a shoulder for me to cry on and a confidant when I needed it most. He has a genuine concern for others.

Mark had a great relationship with our mother. He was the light of her life. It was touching to see the concern he had for her when she was diagnosed with kidney failure. We come from a very stubborn Italian family and she could not bear to have her children see her suffer. She thought it would be best to withdraw from all of us and die in peace. She planned to discontinue her medication and had no desire to seek treatment. I was devastated by her decision. I had moved to Reno to be closer to her many years before and she became an integral part of my family's life. She helped raise my children and we became extremely close over the years. Mark was able to see the pain her decision would have on the rest of the family. He was the only one able to rationalize with her. I spent many nights at her kitchen table begging and pleading for her to change her mind. In spite of my efforts, he was the only one who was able to convince her to seek treatment and get dialysis. Mark's efforts made it so she was able to participate in our lives for the next two years. She was present for my sister's emotionally devastating fight with lung cancer as well as her passing. My mother was able to experience the joy of becoming a grandmother again with the birth of Mark's son, London. We all shared so many cherished moments that would not have happened without Mark's influence. If Mark would not have taken the time and negotiated with my Mom, she and all of us would have missed out on those years we shared. I am forever grateful for Mark's calming presence in a difficult time and allowing me to enjoy my mother's remaining years.

I understand we have a very different perspective of Mark. You have only encountered him in a courtroom setting and have not had the privilege of knowing the man that I grew up with—the man who to this day continually helps me to grow. He is a wonderful and devoted father to his children. His children, as well as many of the people in Mark's life, adore him. He brings out a carefree attitude and belly laugh in his children that only happens with that uncensored childhood joy. Mark plays the guitar and has an amazing musical gift. He has instilled a love of music and passion in his children. His absence has stopped the music in his children's lives, both literally and metaphorically speaking.

I respectfully ask you to consider the man that I know when you make your judgment. There are so many people who care about Mark and I am just one of them. Life is so short and precious. It would be devastating to my family and his to have him absent from our lives. I want him to be present at my daughters' weddings, his sons' high school graduations and the birth of his grandchildren. I understand the magnitude of responsibility that you have when you decide the fate of people that stand before you. I pray that you consider all the good things that Mark has done. He has touched the lives of many and has made their lives far better for it. I know him better than anyone and he is a good man. I politely request that you be mindful of the man that I know and allow guidelines reductions that set him free as early as possible.

Respectfully,

*Restkemper*

Dr. Ruth Kemper

April 22,2012

The Honorable Percy Anderson
United States District Judge
312 N. Spring Street
Los Angeles, CA 90017

Re: Mark Anderson

Dear Judge Anderson:

My brother, Mark, graduated in the top ten students academically from his high school class. He went on to complete college and graduate school in record time. He is no stranger to hard work and was often working on several projects simultaneously. He is able to multi-task and accomplishes things that others find impossible. Mark is musically talented and plays the guitar exceptionally well. He has always been able to do well at everything he attempts.

Mark has had some personal struggles in his life. Our childhood was traumatic and poverty stricken. In spite of that, Mark did not get discouraged and continually strove to better himself. In spite of his continual setbacks and life obstacles Mark has remained positive. He was able to remain strong through his first wife's alcohol issues and the birth of his first son who was diagnosed with fetal alcohol syndrome. He married again years later and had two more children; his current wife and children are having a difficult time with Mark in federal custody and it has put a remarkable strain on his family.

Generous with his time and devoted to political beliefs, he was on the business advisory council for the National Republican Congressional Committee. He was recognized for his valuable contributions and dedication to the Republican Party in lowering taxes, fiscal responsibility, national defense and individual freedom. Mark served as the Co-Chairman of the Business Advisory Council and was recognized for his dedication and commitment and received the highest honor from the George W. Bush Presidential Victory Team.

Mark has helped many people start businesses and has provided jobs and opportunity in the community. He has been an amazing brother. I realize you are seeing a different side of Mark than I know but he is a good person. When you make your judgment regarding Mark keep in mind his kind heart, ambition, the positive things he has done for his community and his volunteer efforts. Please be merciful and return him to his family as soon as possible.

Thank you,

*Stan*

Stan Anderson

# Certificate of Merit

Be it known to all who bear witness that
This highest honor which may be bestowed by
The RNC Presidential Victory Team has been awarded to

## Mr. Mark Anderson

A recognized leader in

### California

on this

20th day of November

in the year 2002

for

## Dedication, Sacrifice and Commitment

To the Republican Party and GOP candidates at all levels of government.



_____
Fred Meyer
Chairman, RNC Presidential Victory Team

_____
George W. Bush

8



# BUSINESS ADVISORY COUNCIL

January 17, 2003

Mr. Mark Anderson
Camden Holdings Inc
9595 Wilshire Blvd
Beverly Hills, CA 90212

Dear Mr. Anderson,

Enclosed is your copy of the full page Wall Street Journal ad which ran in November. Your name is listed alphabetically under California. It is my hope that you will have it framed and proudly displayed in your home or office.

I want to thank you again for your support and we look forward to working with you on the Business Advisory Council.

Sincerely

Nathan Hawkins

NRCB693 C0B9A1  D

PAID FOR BY THE REPUBLICAN CONGRESSIONAL COMMITTEE NOT PRINTED AT GOVERNMENT EXPENSE
CONTRIBUTIONS TO THE NRCC ARE NOT DEDUCTIBLE FOR FEDERAL INCOME TAX PURPOSES



To: Mr. Mark Anderson

Thank you for your support of the Republican National Committee. Working together, we will build a better future for every American.

Best Wishes,

Photo Number: 154655600

10



**2003**

**Certificate of Recognition**

PRESENTED IN GRATEFUL ACKNOWLEDGEMENT OF THE PERSONAL
AND FINANCIAL COMMITMENT MADE BY

**Mr. Mark Anderson**

FOR THE NATIONAL REPUBLICAN PARTY AND ITS GREAT PRINCIPLES OF LOWER TAXES, FISCAL RESPONSIBILITY,
INDIVIDUAL FREEDOM AND STRONG NATIONAL DEFENSE.

THE DEDICATION AND LEADERSHIP OF THE REPUBLICAN NATIONAL COMMITTEE SUSTAINING MEMBER HONORED
HEREWITH HAS HELPED ELECT A REPUBLICAN MAJORITY IN THE U.S. CONGRESS, A MAJORITY OF GOVERNORS AND
STATE LEGISLATORS AND HELPED LAY A STRONG FOUNDATION FOR WINNING IN 2003-2004.

IN RECOGNITION OF EXEMPLARY LEADERSHIP AND SELFLESS SUPPORT IN THESE HISTORIC VICTORIES,
THIS CERTIFICATE OF APPRECIATION IS HEREBY AWARDED
ON THIS 4TH DAY OF APRIL IN THE YEAR TWO THOUSAND AND THREE.

GEORGE W. BUSH

MARC RACICOT
CHAIRMAN, RNC

308852

11

# Certificate of Merit

$\mathfrak{B}$e it known to all who bear witness that
This highest honor which may be bestowed by
The RNC Presidential Victory Team has been awarded to

## Mr. Mark Anderson
A recognized leader in
California
on this
29th day of October
in the year 2003

for

## Dedication, Sacrifice and Commitment
To the Republican Party and GOP candidates
at all levels of government.

_____
Fred Meyer
Chairman, RNC Presidential Victory Team

_____
George W. Bush



The National Republican Congressional Committee

# National Leadership Award

presented to:

## Mark Anderson

### Honorary Co-Chairman
Business Advisory Council

In recognition of outstanding service and commitment to Republican ideals, and in particular for assistance and leadership in promoting a pro-business agenda including tax reform and fiscal responsibility.

The Honorable Percy Anderson

United States District Judge

Los Angeles, CA 90017

Dear Judge Anderson:

Every day that I take London and Grayson to school I see the mail box where Mark would greet his two boys every morning and walk them to class.  Even though we have been separated for 3 years, I can honestly say that if you were to ask anyone if they knew that we were not together- they would be in complete shock because of the fact that we are two very involved parents and we respect one another.

I always admired the way Mark loved his family.  His mama was everything to him and he made sure that she was fine by calling her everyday.  They both shared a passion for cooking and they would share Italian recipes and he made cooking look so easy, even though he has been cooking since he was 10. When his mama passed it took a part of him, but I can tell you Marks cooking is like no one else. One and Plus (Marks nicknames for the boys) miss a lot of kind things they did with their dad. Some of the things they made was to make meals and feed the homeless. One and Plus were very involved with him from the cooking process to coloring the boxes the food was in to taking a stroll down Santa Monica and handing them out. Mark was the kind of person that never looked the other way if a person came to him for help or food. He was the kind of person that would take his shirt off and gave it to you. I sometimes would ask him why the kind gesture? I will never forget his answer, he said " you don't know what must have happened to that persons life to bring them to this point- maybe they lost a loved one or was shut out of some ones life they once loved so dearly".

He has a sister and a brother that love him very much. All of the kids grew up together and Mark loved being with his family. One of the fondest memories they have is when they would all go camping together.  They would set up their tents and go fishing all day, sometimes they would only catch one fish, but Mark never complained. Just to be with his family was enough for him. Mark loved nature and made sure there was no t.v. and no phones wherever we camped. He was goofy and was another kid himself and all the kids just loved him. He showed all the kids how to

cook fish and how to clean them out- it was a personal choice if you wanted to eat the eyeballs.

I remember Clem who he's known since kindergarten share a lot of stories back from when they were young.  He would say Mark was very involved with school and joined the decathalon and  was a straight "A" student. Even though Mark was an excellent student and the school would put him in the school news paper he never bragged about it.  He wouldn't even tell his mom about it- I remember his mom telling me a story about it.  I guess she was at the grocery store and this lady came up to her and congratulated her for the wonderful article the school wrote on Mark. She was in shock she had no idea what she was talking about until she asked Mark.  Mark is modest- when he does something for someone he doesn't expect anything in return. He has always handed his hand out to someone in need.

I know your Honorable Judge that you don't know Mark except for what is in front of you in paper. I really want you to know that Mark has been an exceptional big brother to both his sister and brother, an outstanding father to his children, along with friends and family. Even though he is at that detention center he calls all of us to see how we are doing. He continues to be the great daddy he has always been. From writing his boys "The Adventures of London and Grayson", word puzzles and mazes, ideas on book reports and calling them everyday how their day went at school- he has always been there. If the boys had a hard day at school Mark would then write a story about it and make it funny so that the boys can laugh about at the end.  He always reminds me to go to church on Sundays and to take the boys as he did.  He has brought much love to his family especially telling us he loves us all so much every day. He brought much love to my life and others and I hope he can pass that on to our two boys. I pray every night that he is well. I can only ask that you, your Honorable Judge do what is right and in your heart.

God bless you, and please consider Mark's future as we wish for him to be reunited with his boys and family soon.


Respectfully,

Jennie Santamaria